400 A.2d 602

Walter A. Drusedum et ux., et al. v. John F. Guernaccinni, Jr. et ux., et al.

Appeal of John F. Guernaccini et ux.

Argued December 6, 1978. Donald J. Martin, for appellants; Stephen R. Signore, Jr., for appellees.

Before CERCONE, HESTER and HOFFMAN, JJ.

Order affirmed.